COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-299-CR

JOHN ALLAN DARLINGTON APPELLANT

V.

THE STATE OF TEXAS STATE

------------

FROM COUNTY CRIMINAL COURT NO. 5 OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Appellant John Allan Darlington attempts to appeal his conviction and sentence for assault with bodily injury of a family member.  
The trial court’s certification of appellant’s right of appeal states that appellant “has waived the right of appeal.”  
See
 Tex. R. App. P. 25.2(a)(2). 

On August 26, 2008, we notified appellant that the certification indicating that he had waived his right to appeal had been filed in this court and that the appeal would be dismissed unless appellant or any party desiring to continue the appeal filed a timely response showing grounds for continuing the appeal.  
See 
Tex. R. App. P. 25.2(a)(2), (d), 44.3.  Appellant has not filed a response.  Therefore, we dismiss this appeal.  
See
 Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); 
Blanco v. State
, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000).

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

DELIVERED:  September 25, 2008 

FOOTNOTES
1:
See
 Tex. R. App. P. 47.4.